**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, : : : Plaintiff, : : v. : : SOUTHERN EQUIPMENT SALES & SERVICE, INC., *et al.*, : : Defendants. : : | CASE NO.: 7:20-cv-00165 (WLS) |

## **ORDER**

On May 3, 2022, the Court extended the discovery deadline to May 13, 2022 for the limited purpose of allowing the Rule 30(b)(6) depositions of ZT Motors and Auto-Owners Insurance Company ("Auto-Owners") as no objections had been filed to the Parties' request for the same. (Doc. 47.) The same day, Southern Equipment Sales and Services, Inc. ("SES") mailed Auto-Owners a Notice to take a Rule 30(b)(6) deposition on May 13, 2022 via Zoom. (Doc. 51-2.) On May 12, 2022, Plaintiff filed two Motions for Protective Order requesting that if the deposition is allowed, that it occur on a mutually agreeable date and that Auto Owners be protected from providing certain confidential and proprietary information. (Docs. 50 & 51.) SES responded on May 13, 2022, arguing that the Parties have agreed to schedule the deposition on an agreeable date although Auto Owners has not yet provided a date. (Doc. 52 at 2.) SES also responds to the other arguments raised by Auto-Owners and asks for a two-week extension of the discovery period to conduct the Rule 30(b)(6) deposition of Auto-Owners' representative. (Doc. 52.)

1

2

The Parties are **ORDERED** to confer immediately regarding their dates of availability for a Rule 30(b)(6) deposition, and Auto Owners shall file a reply brief **no later than Wednesday, May 18, 2022** to SES's response and motion to extend the discovery period by two weeks (Doc. 52).

**SO ORDERED**, this 16th day of May 2022.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**