IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 7:20-CV-165(WLS) |
| | : | |
| v. | : | |
| | : | |
| SOUTHERN EQUIPMENT SALES & SERVICE, INC., & ZT MOTORS OF FORT WALTON FOUR, LLC, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On March 31, 2023, this Court entered an Order ruling on Auto-Owners Insurance Company and Southern Equipment Sales & Service Inc.'s cross Motions for Summary Judgment. (Docs. 59, 61 & 75.) In that Order, this Court granted summary judgment in Auto-Owners' favor, finding that that Auto-Owners had no duty to defend or indemnify Southern Equipment under the relevant insurance policy as to the underlying lawsuit between ZT Motors and Southern Equipment because there was no genuine dispute of material fact as to whether Southern Equipment had violated the policy's notice of conditions precedent. (Doc. 75.) The Court also notes for the purposes of the record that it previously dismissed Southern Equipment's Counter claims for expenses of litigation pursuant to O.C.G.A. § 13-6-11 and in tort for negligence and bad faith, on April 14, 2021. (Doc. 10 & 28.)

Upon review of the docket, the Court notes that that there appear to be no other outstanding claims or issues that have not already been addressed. As such, the Parties are hereby **ORDERED** to confer and notice the Court **within fourteen (14) days of the entry**

2

**of this Order** whether any other issues remain outstanding, or whether this mater can be closed.

**SO ORDERED**, this 5th day of April, 2023.

／s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**