IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUTO OWNERS INSURANCE COMPANY,, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-cv-165 |
| | * |
| SOUTHERN EQUIPMENT SALES &SERVICE INC., et al., | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff.  Plaintiff shall recover costs of this action This 15th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk